The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

THE DUWAMISH TRIBE, et al.,

    Plaintiffs,

v.

DEB HAALAND, et al.,

    Defendants.

No. 22-cv-0633 (JCC)

STIPULATED JOINT MOTION FOR RELIEF FROM A DEADLINE TO LODGE ADMINISTRATIVE RECORD

Pursuant to Local Civil Rule 10(g), the Parties respectfully submit this stipulated motion for relief from Local Civil Rule 79(h) regarding the deadline for filing the underlying Administrative Record in this action. Per the Court's Local Civil Rules, the deadline for submitting the Administrative Record is July 12, 2022, *i.e.*, the same date as Defendants' deadline for submitting their Answer. *See* LCR 79(h). Based on the anticipated volume and complexity of the Administrative Record, the Parties respectfully move the Court to extend the deadline for submitting the Administrative Record for 30 days, without prejudice to a further extension, pending submission of a joint status report within 30 days that contains a proposed schedule for further proceedings.

Local Civil Rule 79(h) governs proceedings, like this one, that pertain to final agency action. The Rule provides the following:

STIPULATED JOINT MOTION &
[PROPOSED] ORDER FOR RELIEF FROM A DEADLINE
CASE NO. 22-CV-0633 (JCC) - 1

U.S. DEPT. OF JUSTICE
ENVIRONMENT & NATURAL
RESOURCES DIVISION
999 18th St., S. Terrace, Suite 370
Denver, CO 80202
303-844-1487

> Unless an extension of time is obtained from the court on a showing of good cause, in any action seeking review of a final decision of an administrative agency, the record of the agency proceeding shall be filed (1) within thirty days of the filing of the complaint or petition when the administrative agency is the plaintiff or petitioner; or (2) with the answer or return when the administrative agency is the defendant or respondent.

LCR 79(h).

Good cause exists to grant the requested stipulated relief. Here, Plaintiffs seek judicial review of the U.S. Department of the Interior's "Final Decision on Judicial Remand Against Acknowledgment of the Duwamish Tribal Organization," which declined to place the Duwamish Tribe on the list of federally recognized tribes. *See* 1st Am. Compl. (ECF No. 2) ¶ 2. The Department of the Interior's compilation of the contents of the Administrative Record is ongoing. Further, the Department requires a reasonable amount of additional time to complete this process because it anticipates that the Administrative Record will be voluminous, encompassing several thousand pages of records. In addition, undersigned counsel for Defendants need time to review the record and to produce it in the appropriate format. Within 30 days of Defendants' Answer, the Parties intend to confer about a reasonable deadline for the Administrative Record, as well as a schedule for briefing any motions regarding the Administrative Record and for summary judgment in this matter.

Considering the foregoing, the Parties respectfully request that the Court extend the existing deadline for the submission of the Administrative Record for 30 days, to August 11, 2022, and permit the Parties to confer and submit a joint status report within that same 30-day period that contains a proposed schedule for further proceedings in this matter.

A proposed stipulated order is attached.

DATED this 11th day of July, 2022.

STIPULATED JOINT MOTION &
[PROPOSED] ORDER FOR RELIEF FROM A DEADLINE
CASE NO. 22-CV-0633 (JCC) - 2

U.S. DEPT. OF JUSTICE
ENVIRONMENT & NATURAL
RESOURCES DIVISION
999 18th St., S. Terrace, Suite 370
Denver, CO 80202
303-844-1487

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Devon Lehman McCune*
DEVON L. McCUNE, Senior Attorney
CO Bar # 33223
Natural Resources Section
999 18th St., S. Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1487
Devon.McCune@usdoj.gov

CHRISTOPHER C. HAIR, Trial Attorney
PA Bar # 306656
Natural Resources Section
4 Constitution Square
150 M Street, NE, Suite 3.1004
Washington, D.C. 20002
Telephone (202) 305-0420
christopher.hair@usdoj.gov

*Attorneys for Defendants*

K&L GATES LLP

*s/ Bart J. Freedman*
Bart J. Freedman, WSBA #14187
bart.freedman@klgates.com
Theodore J. Angelis, WSBA #30300
theo.angelis@klgates.com
J. Timothy Hobbs, WSBA #42665
tim.hobbs@klgates.com
Benjamin A. Mayer, WSBA #45700
ben.mayer@klgates.com
Endre M. Szalay, WSBA #53898
endre.szalay@klgates.com

STIPULATED JOINT MOTION &
[PROPOSED] ORDER FOR RELIEF FROM A DEADLINE
CASE NO. 22-CV-0633 (JCC) - 3

U.S. DEPT. OF JUSTICE
ENVIRONMENT & NATURAL
RESOURCES DIVISION
999 18th St., S. Terrace, Suite 370
Denver, CO 80202
303-844-1487

Shelby R. Stoner, WSBA #52837
shelby.stoner@klgates.com
Natalie J. Reid, WSBA #55745
natalie.reid@klgates.com
925 Fourth Avenue
Suite 2900
Seattle, Washington  98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022

*Attorneys for Plaintiffs*

STIPULATED JOINT MOTION &
[PROPOSED] ORDER FOR RELIEF FROM A DEADLINE
CASE NO. 22-CV-0633 (JCC) - 4

**U.S. DEPT. OF JUSTICE**
**ENVIRONMENT & NATURAL**
**RESOURCES DIVISION**
999 18th St., S. Terrace, Suite 370
Denver, CO 80202
303-844-1487

The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE DUWAMISH TRIBE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, et al., <br><br> Defendants. | No. 22-cv-0633 (JCC) <br><br> [PROPOSED] ORDER FOR RELIEF FROM A DEADLINE TO LODGE ADMINISTRATIVE RECORD |

Upon consideration of the Parties' joint stipulated motion, it is hereby **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** that the July 12, 2022, deadline for submitting the Administrative Record in this action is **CONTINUED** until August 11, 2022 without prejudice to a further extension. .

It is **FURTHER ORDERED** that the Parties shall meet and confer and submit a joint status report by August 11, 2022 that shall propose a deadline for submission of the Administrative Record (if a further extension is required) and a proposed schedule for further proceedings.

STIPULATED JOINT MOTION &
[PROPOSED] ORDER FOR RELIEF FROM A DEADLINE
CASE NO. 22-CV-0633 (JCC) - 5

U.S. DEPT. OF JUSTICE
ENVIRONMENT & NATURAL
RESOURCES DIVISION
999 18th St., S. Terrace, Suite 370
Denver, CO 80202
303-844-1487

**IT IS SO ORDERED**.

_____  
Date

_____  
Hon. John C. Coughenour  
United States District Judge

STIPULATED JOINT MOTION &  
[PROPOSED] ORDER FOR RELIEF FROM A DEADLINE  
CASE NO. 22-CV-0633 (JCC) - 6

**U.S. DEPT. OF JUSTICE**  
**ENVIRONMENT & NATURAL**  
**RESOURCES DIVISION**  
999 18th St., S. Terrace, Suite 370  
Denver, CO 80202  
303-844-1487