The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE DUWAMISH TRIBE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, et al., <br><br> Defendants. | No. 22-cv-0633 (JCC) <br><br> [~~PROPOSED~~] ORDER FOR RELIEF FROM A DEADLINE TO LODGE ADMINISTRATIVE RECORD |

Upon consideration of the Parties' joint stipulated motion, it is hereby **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** that the July 12, 2022, deadline for submitting the Administrative Record in this action is **CONTINUED** until August 11, 2022 without prejudice to a further extension. .

It is **FURTHER ORDERED** that the Parties shall meet and confer and submit a joint status report by August 11, 2022 that shall propose a deadline for submission of the Administrative Record (if a further extension is required) and a proposed schedule for further proceedings.

[~~PROPOSED~~] ORDER FOR RELIEF FROM A DEADLINE
CASE NO. 22-CV-0633 (JCC) - 1

**U.S. DEPT. OF JUSTICE
ENVIRONMENT & NATURAL
RESOURCES DIVISION**
999 18th St., S. Terrace, Suite 370
Denver, CO 80202
303-844-1487

**IT IS SO ORDERED**.

DATED this 11th day of July 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

PRESENTED BY:
TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Devon Lehman McCune*
DEVON L. McCUNE, Senior Attorney
CO Bar # 33223
Natural Resources Section
999 18th St., S. Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1487
Devon.McCune@usdoj.gov

CHRISTOPHER C. HAIR, Trial Attorney
PA Bar # 306656
Natural Resources Section
4 Constitution Square
150 M Street, NE, Suite 3.1004
Washington, D.C. 20002
Telephone (202) 305-0420
christopher.hair@usdoj.gov

STIPULATED JOINT MOTION &
[PROPOSED] ORDER FOR RELIEF FROM A DEADLINE
CASE NO. 22-CV-0633 (JCC) - 2

U.S. DEPT. OF JUSTICE
ENVIRONMENT & NATURAL
RESOURCES DIVISION
999 18th St., S. Terrace, Suite 370
Denver, CO 80202
303-844-1487