HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE DUWAMISH TRIBE, *et al.*,<br><br>                           Plaintiffs,<br><br>   v.<br><br>DEB HAALAND, *et al.*,<br><br>                          Defendants. | No. 22-cv-00633-JCC<br><br>**JOINT STATUS REPORT AND STIPULATED MOTION FOR RELIEF FROM A DEADLINE**<br><br>NOTING DATE: AUGUST 11, 2022 |

      In accordance with the Court's Order Granting Parties' Joint Stipulated Motion for Relief from a Deadline dated July 11, 2022 (dkt. # 11) ("Order"), counsel for Plaintiffs The Duwamish Tribe and Cecile Hansen ("Duwamish Tribe") and Defendants Deb Haaland, et al. ("Federal Defendants") (collectively, the "Parties") conferred by video conference on August 4, 2022. The Parties discussed the deadline for submission of the Administrative Record and a proposed schedule for further proceedings, as directed by the Court's Order. The Parties jointly submit the following Joint Status Report and Stipulated Joint Motion for Relief from a Deadline setting forth the topics discussed and agreement reached during the Parties' discussion.

JOINT STATUS REPORT AND STIPULATED
MOTION FOR RELIEF FROM A DEADLINE
CASE NO. 22-CV-00633-JCC - 1
506007802.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

A.      **Administrative Record**

The Parties stipulate that good cause exists for a brief extension of the deadline for submission of the Administrative Record pursuant to Local Civil Rule 10(g) and respectfully request that the Court extend the existing deadline for the submission of the Administrative Record, currently August 11, 2022, to **August 31**, **2022**. *See* Order (dkt. # 11). Plaintiffs reserve all rights to seek completion or supplementation of the record.

B.      **Stipulated Protective Order**

The Parties have discussed the need for a Stipulated Protective Order. The Parties plan to jointly submit the Order.

C.      **Proposed Schedule for Further Proceedings**

The Parties have discussed proposed schedules for further proceedings. The Parties plan to submit a Joint Status Report setting forth the Parties' proposed schedules for further proceedings and any agreement reached during the Parties' discussions by **August 31, 2022**.

JOINT STATUS REPORT AND STIPULATED
MOTION FOR RELIEF FROM A DEADLINE
CASE NO. 22-CV-00633-JCC - 2
506007802.1

**K&L GATES LLP**
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

DATED this 11th day of August 2022.

Respectfully submitted,

K&L GATES LLP

By: */s/ Bart J. Friedman*
Bart J. Freedman, WSBA # 14187
Theodore J. Angelis, WSBA # 30300
J. Timothy Hobbs, WSBA # 42665
Benjamin A. Mayer, WSBA # 45700
Endre M. Szalay, WSBA # 53898
Shelby R. Stoner, WSBA # 52837
Natalie J. Reid, WSBA # 55745

925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022

Emails: bart.freedman@klgates.com
theo.angelis@klgates.com
tim.hobbs@klgates.com
ben.mayer@klgates.com
endre.szalay@klgates.com
shelby.stoner@klgates.com
natalie.reid@klgates.com

*Attorneys for Plaintiffs*

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

By: */s/ Christopher C. Hair*
Devon L. McCune, Senior Attorney
CO Bar # 33223
Christopher C. Hair, Trial Attorney
PA Bar # 306656

Natural Resources Section
999 18th St., S. Terrace, Suite 370
Denver, CO 80202
Tel: +1 303 844 1487
Email: devon.mccune@usdoj.gov

Natural Resources Section
4 Constitution Square
150 M Street, NE, Suite 3.1004
Washington, D.C. 20002
Tel: +1 202 305 0420
Email: christopher.hair@usdoj.gov

*Attorneys for Defendants*

JOINT STATUS REPORT AND STIPULATED
MOTION FOR RELIEF FROM A DEADLINE
CASE NO. 22-CV-00633-JCC - 3
506007802.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher C Hair
US DEPARTMENT OF JUSTICE
(ENRD - M ST)
150 M ST NE
WASHINGTON, DC 20002
christopher.hair@usdoj.gov

Devon Lehman McCune
US DEPARTMENT OF JUSTICE
ENRD NATURAL RESOURCES DIVISION
999 18TH STREET
SOUTH TERRACE, STE 370
DENVER, Co 80202
Devon.McCune@usdoj.gov

Danielle L Bargala
OFFICE OF THE TRIBAL ATTORNEY (MUCKLESHOOT)
MUCKLESHOOT INDIAN TRIBE
39015-B 172ND AVE SE
AUBURN, WA 98092
danielle.bargala@muckleshoot.nsn.us

Richard Reich
OFFICE OF THE TRIBAL ATTORNEY (MUCKLESHOOT)
MUCKLESHOOT INDIAN TRIBE
39015-B 172ND AVE SE
AUBURN, WA 98092
rreich@muckleshoot.nsn.us

Robert Leighton Otsea , Jr.
OFFICE OF THE TRIBAL ATTORNEY (MUCKLESHOOT)
MUCKLESHOOT INDIAN TRIBE
39015-B 172ND AVE SE
AUBURN, WA 98092
rob.otsea@muckleshoot.nsn.us

Mary Michelle Neil
MUCKLESHOOT INDIAN TRIBE
39015 172ND AVE SE
AUBURN, WA 98092-9763
mary.neil@muckleshoot.nsn.us

SIGNED at Suquamish, Washington this 11th day of August 2022.

*/s/ Sabrina Mitchell*
Sabrina Mitchell
Sr. Practice Assistant

JOINT STATUS REPORT AND STIPULATED MOTION FOR RELIEF FROM A DEADLINE
CASE NO. 22-CV-00633-JCC - 4
506007802.1

**K&L GATES LLP**
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022