HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

THE DUWAMISH TRIBE, et al.,

                Plaintiffs,

v.

DEB HAALAND, et al.,

                Defendants.

No. 22-cv-0633 (JCC)

[~~PROPOSED~~] ORDER FOR RELIEF FROM A DEADLINE

Upon consideration of the Parties' Joint Status Report and Stipulated Motion for Relief from a Deadline, it is hereby **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** that the August 11, 2022, deadline for submitting the Administrative Record in this action is **CONTINUED** until August 31, 2022.

It is **FURTHER ORDERED** that the Parties shall submit a joint status report by August 31, 2022, that shall propose a case schedule for further proceedings.

[~~PROPOSED~~] ORDER FOR RELIEF FROM A DEADLINE
CASE NO. 22-CV-0633 (JCC) - 1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  **IT IS SO ORDERED**.

3  DATED this 11th day of August 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

10  PRESENTED BY:

11  K&L GATES LLP

13  By:  *s/ Bart J. Freedman*
     Bart J. Freedman, WSBA # 14187
     Theodore J. Angelis, WSBA # 30300
     J. Timothy Hobbs, WSBA # 42665
     Benjamin A. Mayer, WSBA # 45700
     Endre M. Szalay, WSBA # 53898
     Shelby R. Stoner, WSBA # 52837
     Natalie J. Reid, WSBA # 55745
     925 Fourth Avenue
     Suite 2900
     Seattle, Washington  98104-1158
     Tel: +1 206 623 7580
     Fax: +1 206 623 7022
     Emails: bart.freedman@klgates.com
     theo.angelis@klgates.com
     tim.hobbs@klgates.com
     ben.mayer@klgates.com
     endre.szalay@klgates.com
     shelby.stoner@klgates.com
     natalie.reid@klgates.com

25  *Attorneys for Plaintiffs*

[PROPOSED] ORDER FOR RELIEF FROM A DEADLINE
CASE NO. 22-CV-0633 (JCC) - 2
506007806.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher C Hair
US DEPARTMENT OF JUSTICE
(ENRD - M ST)
150 M ST NE
WASHINGTON, DC 20002
christopher.hair@usdoj.gov

Devon Lehman McCune
US DEPARTMENT OF JUSTICE
ENRD NATURAL RESOURCES DIVISION
999 18TH STREET
SOUTH TERRACE, STE 370
DENVER, Co 80202
Devon.McCune@usdoj.gov

Danielle L Bargala
OFFICE OF THE TRIBAL ATTORNEY (MUCKLESHOOT)
MUCKLESHOOT INDIAN TRIBE
39015-B 172ND AVE SE
AUBURN, WA 98092
danielle.bargala@muckleshoot.nsn.us

Richard Reich
OFFICE OF THE TRIBAL ATTORNEY (MUCKLESHOOT)
MUCKLESHOOT INDIAN TRIBE
39015-B 172ND AVE SE
AUBURN, WA 98092
rreich@muckleshoot.nsn.us

Robert Leighton Otsea , Jr.
OFFICE OF THE TRIBAL ATTORNEY (MUCKLESHOOT)
MUCKLESHOOT INDIAN TRIBE
39015-B 172ND AVE SE
AUBURN, WA 98092
rob.otsea@muckleshoot.nsn.us

Mary Michelle Neil
MUCKLESHOOT INDIAN TRIBE
39015 172ND AVE SE
AUBURN, WA 98092-9763
mary.neil@muckleshoot.nsn.us

SIGNED at Suquamish, Washington this 11th day of August 2022.

*/s/ Sabrina Mitchell*
Sabrina Mitchell
Sr. Practice Assistant

[~~PROPOSED~~] ORDER FOR RELIEF FROM A DEADLINE
CASE NO. 22-CV-0633 (JCC) - 3

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022