The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE DUWAMISH TRIBE, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>DEB HAALAND, et al.,<br><br>                Defendants. | No. 22-cv-0633 (JCC)<br><br>DEFENDANTS' NOTICE OF TRANSMITTAL OF THE ADMINISTRATIVE RECORD |

Federal Defendants respectfully notify the Court that on August 31, 2022, undersigned counsel for Defendants caused a complete electronic copy of the certified Administrative Record in this matter to be transmitted to Plaintiffs' counsel via the U.S. Department of Justice's file-sharing computer system. A copy of the U.S. Department of the Interior's certification of the Administrative Record and its indices are attached herewith.

Dated: August 31, 2022
       Washington, DC

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

DEFENDANTS' NOTICE OF TRANSMITTAL
OF THE ADMINISTRATIVE RECORD
CASE NO. 22-CV-0633 (JCC) - 1

**U.S. DEPT. OF JUSTICE**
**ENVIRONMENT & NATURAL**
**RESOURCES DIVISION**
150 M St NE
Washington, DC 20002
202-305-0420

By:  */s/ Christopher C. Hair*
Christopher C. Hair, Trial Attorney
PA Bar # 306656
Natural Resources Section
4 Constitution Square
150 M Street, NE, Suite 3.1004
Washington, D.C. 20002
Telephone (202) 305-0420
christopher.hair@usdoj.gov

Devon Lehman McCune, Senior Attorney
CO Bar #33223
Natural Resources Section
999 18th St., S. Terrace, Suite 370
Denver, CO 80202
Tel:  (303) 844-1487
devon.mccune@usdoj.gov

*Attorneys for Defendants*

DEFENDANTS' NOTICE OF TRANSMITTAL
OF THE ADMINISTRATIVE RECORD
CASE NO. 22-CV-0633 (JCC) - 2

**U.S. DEPT. OF JUSTICE**
**ENVIRONMENT & NATURAL**
**RESOURCES DIVISION**
150 M Street NE
Washington, DC 20002
202-305-0420