The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE DUWAMISH TRIBE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEB HAALAND, et al.,<br><br>    Defendants. | No. 22-cv-0633 (JCC)<br><br>~~DEFENDANTS' PROPOSED~~ SCHEDULING ORDER |

**UPON CONSIDERATION** of the Parties' August 31, 2022, Joint Status Report, and the entire record herein, it is **HEREBY ORDERED** that the following schedule shall govern further proceedings in this litigation:

**Administrative Record**

Federal Defendants shall transmit the Administrative Record to Plaintiffs and file notice thereof by **August 31, 2022**. Plaintiffs will notify Federal Defendants of any alleged deficiencies or other disputes regarding the sufficiency of the administrative record by **September 28, 2022**, and Federal Defendants will provide a response to Plaintiffs regarding any issues regarding the Administrative Record by **October 7, 2022**. If the Parties are unable to resolve issues related to the sufficiency of the Administrative Record, the following briefing schedule shall apply:

~~DEFENDANTS' PROPOSED~~ SCHEDULING ORDER
CASE NO. 22-CV-0633 (JCC) - 1

U.S. DEPT. OF JUSTICE
ENVIRONMENT & NATURAL
RESOURCES DIVISION
150 M St NE
Washington, DC 20002
202-305-0420

- o   Plaintiffs Motion to Supplement or Complete the Administrative Record:  due by **October 21, 2022**.

- o   Federal Defendants' opposition: due by **November 10, 2022**.

- o   Plaintiffs' reply: due by **November 22 2022**.

**Summary Judgment**

It is **FURTHER ORDERED** that the following summary judgment schedule shall govern the disposition of Plaintiffs' claims:

- Plaintiffs' Motion for Summary Judgment: due **60 days** from the Court's ruling on Plaintiffs' Motion to Supplement/Complete, or
    - o   If no Motion to Supplement/Complete is filed, Plaintiffs' Motion for Summary Judgment due by **December 1, 2022**.

- Federal Defendants' combined Opposition/Cross-Motion for Summary Judgment: due **60 days** from Plaintiffs' Motion for Summary Judgment.

- Plaintiffs' combined Opposition/Reply: due **30 days** from Federal Defendants' Cross-Motion.

- Federal Defendants' Reply: due **30 days** from Plaintiffs' combined Opposition/Reply.

**SO ORDERED** this 1st day of September 2022.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

~~DEFENDANTS' PROPOSED~~ SCHEDULING ORDER
CASE NO. 22-CV-0633 (JCC) - 2

**U.S. DEPT. OF JUSTICE**
**ENVIRONMENT & NATURAL**
**RESOURCES DIVISION**
150 M Street NE
Washington, DC 20002
202-305-0420