The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE DUWAMISH TRIBE and CECILE HANSEN,

    Plaintiffs,

v.

DEB HAALAND, BRYAN NEWLAND, US DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS, OFFICE OF FEDERAL ACKNOWLEDGEMENT, and UNITED STATES OF AMERICA,

    Defendants.

Case No. 22-cv-00633-JNW

**STIPULATED MOTION FOR EXTENSION AND ORDER**

NOTED ON MOTION CALENDAR:
April 21, 2023

## **STIPULATED MOTION**

In accordance with the Court's Order Granting in Part Plaintiffs' Motion to Complete the Administrative Record, Dkt. # 38 at 7, and pursuant to Local Civil Rules 7(j), 10(g), and 16(b)(6), Plaintiffs and Federal Defendants (collectively, the "Parties") respectfully request an extension of the current case schedule (Dkt. # 51).

On April 7, 2023, Plaintiffs notified Federal Defendants of potential deficiencies regarding the Administrative Record, namely potential deficiencies in the privilege log provided by

Defendants, in accordance with the operative deadline. *See* Dkt. # 51 at 2. Plaintiffs also proposed a brief extension of the current case schedule to provide Federal Defendants sufficient time to update and complete the privilege log. By April 12, Federal Defendants had provided the updated privilege logs. To provide Plaintiffs with sufficient time to review and address those updated privilege logs, the Parties stipulated to brief extensions of the current case schedule, including an extension of the deadlines for Plaintiffs to make specific objections regarding the Administrative Record (to April 19, 2023) and for Defendants to respond to that deadline (to May 3, 2023). For these reasons, good cause exists to extend the deadlines pursuant to Local Civil Rule 16(b)(6).

The Parties respectfully request to extend the current case schedule, as follows:

|  | *Current Deadline* | *Proposed Deadline* |
|---|---|---|
| Plaintiffs shall notify Defendants of any potential deficiencies regarding the Administrative Record | April 7, 2023 | **April 7 & 19, 2023** |
| Defendants shall respond to Plaintiffs' notice | April 14, 2023 | **May 3, 2023** |
| Parties shall meet and confer regarding Administrative Record | April 21, 2023 | **May 5, 2023** |
| Deadline for Defendants to provide final response regarding potential Administrative Record deficiencies | n/a | **May 10, 2023** |
| Deadline for Plaintiffs to move for relief regarding the Administrative Record (LCR 7(d)(3) shall govern the | May 4, 2023 | **May 17, 2023** |

STIPULATED MOTION FOR EXTENSION AND
ORDER - 2
CASE NO. 22-CV-00633-JNW

| | | |
|---|---|---|
| motion briefing schedule) | | |

Considering the foregoing, the Parties respectfully move the Court to extend the case schedule. Pursuant to Local Civil Rule 10(g), at the close hereof is a proposed order granting this stipulated motion.

DATED this 21st day of April, 2023.

                                            Respectfully Submitted,

                                            K&L GATES LLP

By:    *s/ Bart J. Freedman*
          Bart J. Freedman, WSBA # 14187
          Theodore J. Angelis, WSBA # 30300
          J. Timothy Hobbs, WSBA # 42665
          Benjamin A. Mayer, WSBA # 45700
          Endre M. Szalay, WSBA # 53898
          Shelby R. Stoner, WSBA # 52837
          Natalie J. Reid, WSBA # 55745
          Courtney A. Neufeld, WSBA # 60154
          925 Fourth Avenue
          Suite 2900
          Seattle, Washington  98104-1158
          Tel: +1 206 623 7580
          Fax: +1 206 623 7022
          Emails: bart.freedman@klgates.com
          theo.angelis@klgates.com
          tim.hobbs@klgates.com
          ben.mayer@klgates.com
          endre.szalay@klgates.com
          shelby.stoner@klgates.com

STIPULATED MOTION FOR EXTENSION AND ORDER - 3
CASE NO. 22-CV-00633-JNW

|   |   |
|---|---|
| 1 | natalie.reid@klgates.com |
| 2 | courtney.neufeld@klgates.com |
| 3 | *Attorneys for Plaintiffs* |

T<small>ODD</small> K<small>IM</small>

Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice


By:   /s  *Devon L. McCune*
　　　Devon L. McCune, Senior Attorney
　　　CO Bar # 33223
　　　Natural Resources Section
　　　999 18th St., S. Terrace, Suite 370
　　　Denver, CO 80202
　　　Tel: +1 303 844 1487
　　　Email: devon.mccune@usdoj.gov

　　　Christopher C. Hair, Trial Attorney
　　　PA Bar # 306656
　　　Natural Resources Section
　　　4 Constitution Square
　　　150 M Street, NE, Suite 3.1004
　　　Washington, D.C. 20002
　　　Tel: +1 202 305 0420
　　　Email: christopher.hair@usdoj.gov

*Attorneys for Defendants*

STIPULATED MOTION FOR EXTENSION AND
ORDER - 4
CASE NO. 22-CV-00633-JNW

# ORDER

Upon consideration of the Parties' Stipulated Motion for Extension, the Court finds that good cause exists to extend certain deadlines in the current case schedule (Dkt. # 51), and it is hereby **ORDERED** that the Motion is **GRANTED** *nunc pro tunc*.

It is **FURTHER ORDERED** that the current case schedule will be modified as follows:

| | | |
|---|---|---|
| Plaintiffs shall notify Defendants of any potential deficiencies regarding the Administrative Record | April 7, 2023 | **April 7 & 19, 2023** |
| Defendants shall respond to Plaintiffs' notice | April 14, 2023 | **May 3, 2023** |
| Parties shall meet and confer regarding Administrative Record | April 21, 2023 | **May 5, 2023** |
| Deadline for Defendants to provide final response regarding potential Administrative Record deficiencies | n/a | **May 10, 2023** |
| Deadline for Plaintiffs to move for relief regarding the Administrative Record (LCR 7(d)(3) shall govern the motion briefing schedule) | May 4, 2023 | **May 17, 2023** |

**IT IS SO ORDERED**.

DATED this 5th day of May, 2023.

STIPULATED MOTION FOR EXTENSION AND
ORDER - 5
CASE NO. 22-CV-00633-JNW

*[signature]*

Jamal N. Whitehead
United States District Judge

PRESENTED BY:

K&L GATES LLP

By: *s/ Bart J. Freedman*
Bart J. Freedman, WSBA # 14187
Theodore J. Angelis, WSBA # 30300
J. Timothy Hobbs, WSBA # 42665
Benjamin A. Mayer, WSBA # 45700
Endre M. Szalay, WSBA # 53898
Shelby R. Stoner, WSBA # 52837
Natalie J. Reid, WSBA # 55745
Courtney A. Neufeld, WSBA # 60154
925 Fourth Avenue
Suite 2900
Seattle, Washington  98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Emails: bart.freedman@klgates.com
theo.angelis@klgates.com
tim.hobbs@klgates.com
ben.mayer@klgates.com
endre.szalay@klgates.com
shelby.stoner@klgates.com
natalie.reid@klgates.com
courtney.neufeld@klgates.com

*Attorneys for Plaintiffs*

STIPULATED MOTION FOR EXTENSION AND
ORDER - 6
CASE NO. 22-CV-00633-JNW