1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DUWAMISH TRIBE and CECILE HANSEN, <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, BRYAN NEWLAND, US DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS, OFFICE OF FEDERAL ACKNOWLEDGEMENT, AND UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO. 2:22-cv-633 <br><br> ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL REDACTED AND WITHHELD DOCUMENTS |

This matter comes before the Court on the Parties' Stipulated Joint Motion for Relief From A Deadline To Respond To Plaintiffs' Motion To Compel Redacted And Withheld Documents. Dkt. No. 55. The motion is GRANTED and it is ORDERED that Defendants must file their response to Plaintiffs' Motion to Compel Redacted and Withheld Documents (Dkt. No. 55) by June 6, 2023, and that Plaintiffs must file their reply by June 16, 2023.

Dated this 31st day of May, 2023.

Jamal N. Whitehead
United States District Judge

- 1