The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE DUWAMISH TRIBE and CECILE HANSEN, in her capacity as Chairwoman of the Duwamish Tribal Council of the Duwamish Tribe,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>DEB HAALAND, in her official capacity as U.S. Secretary of the Interior, BRYAN NEWLAND, in his official capacity as Assistant Secretary for Indian Affairs, U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS, OFFICE OF FEDERAL ACKNOWLEDGMENT, and UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Defendants. | No. 22-cv-00633<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO FILE OVERLENGTH BRIEFS ON SUMMARY JUDGMENT |

This matter comes before the Court on Plaintiffs' Motion to File Overlength Briefs on Summary Judgment ("Motion"). Dkt. No. 68. The Court, having considered the Motion and supporting materials filed by Plaintiffs, hereby **GRANTS** the Motion.

ORDER GRANTING MOTION TO FILE OVERLENGTH
BRIEFS ON SUMMARY JUDGMENT
CASE NO. 22-CV-00633-JNW - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

The Court hereby adopts the following extended brief lengths on summary judgment:

| *Brief* | *Expanded Page Limits* |
| --- | --- |
| Plaintiffs' MSJ | 70 pages |
| Defendants' Cross-MSJ/Response | 70 pages |
| Plaintiffs' Response/Reply | 30 pages |
| Defendants' Reply | 30 pages |
| Total (per party) | 100 pages |

**IT IS SO ORDERED**.

DATED this 2nd day of November, 2023.

Jamal N. Whitehead
United States District Judge

PRESENTED BY:

K&L GATES LLP

By:  *s/ Shelby R. Stoner*
   Bart J. Freedman, WSBA # 14187
   Theodore J. Angelis, WSBA # 30300
   J. Timothy Hobbs, WSBA # 42665
   Benjamin A. Mayer, WSBA # 45700

ORDER GRANTING MOTION TO FILE OVERLENGTH
BRIEFS ON SUMMARY JUDGMENT
CASE NO. 22-CV-00633-JNW - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

| | |
|---|---|
| 1 | Endre M. Szalay, WSBA # 53898 |
| 2 | Shelby R. Stoner, WSBA # 52837 |
|   | Natalie J. Reid, WSBA # 55745 |
| 3 | Courtney A. Neufeld, WSBA # 60154 |
| 4 | 925 Fourth Avenue |
|   | Suite 2900 |
| 5 | Seattle, Washington  98104-1158 |
|   | Tel: +1 206 623 7580 |
| 6 | Fax: +1 206 623 7022 |
| 7 | Emails: bart.freedman@klgates.com |
|   | theo.angelis@klgates.com |
| 8 | tim.hobbs@klgates.com |
|   | ben.mayer@klgates.com |
| 9 | endre.szalay@klgates.com |
|   | shelby.stoner@klgates.com |
| 10 | natalie.reid@klgates.com |
|   | courtney.neufeld@klgates.com |

*Attorneys for Plaintiffs*

---

ORDER GRANTING MOTION TO FILE OVERLENGTH
BRIEFS ON SUMMARY JUDGMENT
CASE NO. 22-CV-00633-JNW - 3

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**